Andrew J. Van Ness, Esq.
Nevada Bar No. 9709
HUNTER PARKER LLC
3815 S Jones Blvd, STE 1A
Las Vegas, Nevada 89103
(702) 686-9297
hunterparkerllc@gmail.com
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

HCB ENTERPRISES, LLC,

                Debtor

Case No18-15551-LEB

Chapter 11

**Hearing Date: 10/23/2018**
**Hearing Time: 9:30 AM**

### APPLICATION FOR ORDER UNDER 11 U.S.C §§ 327(a), 328 AND 329 AND FED R BANKR.P. 2014 AND 2016 AUTHORIZING THE EMPLOYMENT AND RETENTION OF ANDREW J. VAN NESS, ESQ. OF HUNTER PARKER, LLC AS ATTORNEY FOR THE DEBTOR-IN-POSSESSION UNDER AN HOURLY FEE AGREEMENT

The above captioned Debtor hereby applies to this Court (the "Application") for an order pursuant to 11 U.S.C. §§ 327(a), 328 and 329 and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the employment and retention of ANDREW J. VAN NESS, ESQ of the firm HUNTER PARKER, LLC. ("AJV") as counsel for the Debtor. In support of this Application, the Debtor relies on the Affidavit and Statement of ANDREW J. VAN NESS sworn to on September 17, 2018, which is attached hereto as Exhibit A, (the "Van Ness Affidavit")**.** In further support of this Application, the Debtors respectfully represent as follows:

    1.      An order for relief was entered herein under Chapter 11 of Title 11, United States Code, on September 17, 2018.

    2.      No Trustee has been appointed and Debtor acts as Debtor-in-Possession herein. Debtor is not sufficiently familiar with the rights and duties of debtor-in-possession as to be able to plan and

conduct proceedings without the aid of competent counsel. Specifically, the retention of attorneys is necessary in connection with the following matters:

(a) the examination of preparation of records and reports as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules;

(b) the preparation of applications and proposed orders to be submitted to the Court;

(c) the identification and prosecution of claims of action assertable by Applicant on behalf of the estate herein;

(d) the examination of proofs of claim anticipated to be filed herein and the possible prosecution of objections to certain of such claims;

(e) advising the Debtors and preparing documents in connection with the contemplated ongoing operation of the Debtors business, if any;

(f) assisting and advising the Debtors in performing other official functions as set forth in Section 521, et seq., of the Bankruptcy Code; and

(g) advising and preparing a Plan of Reorganization, Disclosure Statement, and related documents, and confirmation of said Plan, as provided in Section 1101, et. seq., of the Bankruptcy Code.

3.    The Debtor has conferred with, and now desires to retain and employ, ANDREW J. VAN NESS, ESQ., as its attorney under an hourly retainer to perform all the above-described legal services necessary and desirable in the administration and reorganization of this estate.

4.    The Debtor has selected attorney ANDREW J. VAN NESS, ESQ. because of his experience chapter 11 and an affordable fee structure, and knowledge of his firm's members' in the field of bankruptcy, reorganization, and debtor's and creditor's rights and his success in another chapter 11 case.  Accordingly, the Debtor believes that the attorney is well qualified to represent it in this Chapter 11 reorganization case.

5.    Debtor has agreed that Andrew J. Van Ness, Esq. of Hunter Parker LLC shall be compensated for services at the following hourly rates described in the retention agreement as

EXHIBIT B. This basis of compensation is expressly authorized pursuant to Sections 328(a) and 331 of the Bankruptcy Code.

6.      ANDREW J VAN NESS, ESQ., [has] indicated his willingness to act on the Debtor's behalf and to be compensated in accordance with the terms and conditions set forth in Paragraph 5 herein, and as set forth in the parties' retainer agreement attached hereto and incorporated herein as Exhibit B.

7.      No professional person will be paid without court approval unless otherwise permitted by the Bankruptcy Code.

8.      To the best of applicant's knowledge, ANDREW J. VAN NESS, ESQ. and the members and associates of his firm do not have any connections with the Debtor, [their] creditors, or any other party in interest, or their respective attorneys or accountants, the United States Trustee, or any person in the office of the United States Trustee.

9.      The Debtor's has been advised that all fee applications shall include a written statement by the debtor that the debtor has reviewed all billing statements, indicating any objections it may have, and that if the debtor is unwilling to provide such a statement, the professional shall certify that the bill was provided to the debtor and the debtor was informed of this requirement, and the debtor has declined to comply.

10.     Attorney received a flat fee by the Debtor for pre-petition services rendered, in the amount of $21,717.00, which $1,717.00 was used to pay for the filing fee. The flat fee compensated attorney for pre-petition services.  The pre-petition services referenced above, have been paid in full and Attorney does not have any pre-petition claims for fees against the Debtor.

11.     The Applicant has agreed to pay an hourly fee retainer to Andrew J. Van Ness of Hunter Parker LLC for post-petition services rendered in the Chapter 11 case, subject to court approval with a maximum post-petition fee of $15,000.00.  Applicant has also agreed to pay all direct costs incurred by Attorneys in this Chapter 11 case.

**WHEREFORE**, Debtor request the entry of an order authorizing it to employ and retain ANDREW J. VAN NESS, ESQ. pursuant to and under an hourly fee retainer on the terms and

conditions recited above, to represent it in this Chapter 11 case, and for such other and further relief as the Court deems just and proper under the circumstances.

Dated: November 8, 2017

/s/ Shaun Martin
Shaun Martin
HCB Enterprises, LLC
Its Manager

1

**PROPOSED ORDER**

2

3

4

5

6
Andrew J. Van Ness, Esq.
7
Nevada Bar No. 9709
HUNTER PARKER LLC
8
3815 S Jones Blvd, STE 1A
Las Vegas, Nevada 89103
9
(702) 686-9297
hunterparkerllc@gmail.com
10
*Attorney for Debtor*

11

12

**UNITED STATES BANKRUPTCY COURT**

13

**DISTRICT OF NEVADA**

14

15
In re:                                   | Case No.: 18-15551-LEB

16
HCB ENTERPRISES, LLC,                    | Chapter 11

17
                                         | **Hearing Date: 10/23/2018**
18
                 Debtor                  | **Hearing Time: 9:30 AM**

19
**ORDER UNDER 11 U.S.C. §§ 327(a), 328 AND 329, FED. BANKR. P. 2014**
20
**AND 2016 AUTHORIZING THE EMPLOYMENT AND RETENTION OF**
**ANDREW J. VAN NESS, ESQ OF HUNTER PARKER LLC**
21
<u>**AS ATTORNEY FOR THE DEBTOR**</u>

22

24
        Upon the application (the "**Application**") of the above captioned Debtor(s) (the "**Debtor(s)**")

24
for the entry of an order pursuant to 11 U.S.C. § 327(a), 328 329, and 331, Rules 2014 and 2016 of the

25
Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") authorizing the employment and

26
retention of  Andrew J. Van Ness, Esq. of Hunter Parker as counsel for the Debtor(s); and upon the

27
Affidavit and Statement of Andrew J. Van Ness, Esq., made on September 17, 2018 (the "**Van Ness**

28
**Affidavit**"); and the Court being satisfied with the representations made in the Application and

affidavit of Andrew J. Van Ness, Esq. represents no interest adverse to the Debtor(s) estates with respect to the matters upon which Andrew J. Van Ness, Esq. is to be engaged, that Andrew J. Van Ness, Esq. is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that Andrew J. Van Ness's appointment is necessary and is in the best interests of the Debtor(s) estates, creditors and other parties-in-interest; and upon the record of the hearing held on the Application; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED;** and

**IT IS FURTHER ORDERED** that Pursuant to 11 U.S.C. §§ 327(a), 328 and 329 and Bankruptcy Rules 2014 and 2016, the Debtor is authorized to employ and retain AJV as its attorneys to perform the services set forth in the Application and Fee Agreement, a copy of which is attached to the Application as Exhibit B; and

**IT IS FURTHER ORDERED** that the Hourly billing structure described in the Fee Agreement is hereby approved pursuant to section 328 of the Bankruptcy Code; and

**IT IS FURTHER ORDERED** that Andrew J. Van Ness, Esq. shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court; and

**IT IS FURTHER ORDERED** that Andrew J. Van Ness, Esq. is authorized to file interim fee applications as necessary; and

**IT IS FURTHER ORDERED** that the approval requirements under Local Rule 9021 are waived; and

1    **IT IS FURTHER ORDERED** that this Court retains jurisdiction to hear all matters relating to

2    or arising from the entry of this Order.

3    Submitted by:

4
     By /s/ Andrew J. Van Ness
5    Andrew J. Van Ness #9709
     Attorney for Debtor
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

24

24

25

26

27

28

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  The court has waived the requirement set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

I declare under penalty of perjury under the laws of the State of Nevada that the Foregoing is true and correct.

/s/ Andrew J. Van Ness
Andrew J. Van Ness, Esq.
Attorney for Debtor

**EXHIBIT A**

HUNTER PARKER LLC
Andrew J. Van Ness, Esq.
Nevada Bar No. 9709
3815 S Jones Blvd, STE 1A
Las Vegas, NV 89103
(702) 686-9297
hunterparkerllc@gmail.com
Attorneys for the Debtors
And Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 18-15551-LEB |
| HCB ENTERPRISES, LLC, | Chapter 11 |
| Debtor, | **VERIFIED STATEMENT PURSUANT TO RULE 2014 OF ANDREW J VAN NESS, ESQ.** |

**STATE OF NEVADA**

**COUNTY OF CLARK**

**ANDREW J. VAN NESSS, ESQ.,** declares, under penalty of perjury, the following:

I am an attorney duly admitted to practice before this Court, and am counsel of record for HCB

ENTERPRISES, LLC.

1.      I have personal knowledge of the facts set forth in this Affidavit, except to those facts

stated on information and belief, which I believe to be true. If called as a witness, I would be

competent to testify to the facts set forth in this Affidavit.

2.      This is not a complex case and a Plan will be filed before the 341 meeting.

3.      It is the policy of my firm to require a retainer prior to any work being completed for

Chapter 11 Bankruptcy cases.

4.      Additionally, work is billed under an hourly fee arrangement plus any direct expenses.

5.    The Debtor paid an initial pre-petition retainer of $21,717.00 for pre-petition services rendered in preparation of the Debtor's chapter 11 case.  Of which the filing fee of $1,717.00 was paid from the retainer.

6.    Since that time, the Debtor has not paid any other fees to my firm.

7.    In this matter my hourly fee will be $350.00 per hour. I am the only member of my firm, and on occasion I do associate with other counsel for litigation matters.

8.    For the entire case, absent any litigation, I don't expect post-petition amounts to total more than $15,000.00 for this case.

9.    The pre-petition services referenced above, have been paid in full and I do not have any pre-petition claims for fees against the Debtor.

10.    As of the Petition Date no amounts of the pre-petition retainer remain in trust.

11.    No agreements exist between myself or any other person or entity for division of the compensation prayed for.

12.    My firm and myself are disinterested parties under the Bankruptcy Code.

13.    Accordingly, I have not represented the Debtor in any previous matters and I do not have any pre-petition claims against the debtor. I have only been retained to represent the Debtor in this Chapter 11 case before this Court. The Debtor is expected to hire Howard & Howard litigation counsel regarding its claims against Dickey's Barbecue Restaurants, Inc. in an adversary proceeding.

14.    I do not have any known connections between any of the Debtor creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any other person employed in the office of the United States trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2018

/s/ Andrew J. Van Ness
Andrew J. Van Ness, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
24
24
25
26
27
28

**EXHIBIT B**

Hunter Parker LLC
Andrew J. Van Ness, Esq.
3815 S Jones Blvd, STE 1A
Las Vegas, NV 89103
Telephone: 702-686-9297
hunterparkerllc@gmail.com

## Agreement for Legal Services

ANDREW J. VAN NESS, ESQ. OF THE FIRM HUNTER PARKER LLC (the "Attorney") is honored that you have selected his firm to represent [HCB Enterprises LLC] (the "Client") as insolvency and bankruptcy counsel. Our objective is to provide quality legal services to our clients at a fair and reasonable cost. This letter agreement (the "Agreement") outlines the basis upon which we will render legal services to Client, and confirms our understanding with respect to payment for legal fees, costs and expenses incurred in conjunction with such understandings regarding fees and costs for this case.

It is agreed that, ANDREW J. VAN NESS, in general will handle general advisory duties, preparation of written documents required once the case is filed, including motions, and plan and disclosure statement preparation. In general the Attorney will handle all preparation of the petition, schedules and other documents required upon the filing and most court appearances unless delegated by him to his staff or substitute attorneys such as the initial debtor interview, creditor meetings, status conferences, hearings on motions, and other hearings. Client affirms that the Client(s) is completely satisfied with the law firm's staff attorneys, protocol, decision making, and overall work product. The overall costs of this case will not increase as a result of any stand in appearances by attorneys delegated to appear in any matters related to this case.

1. **Scope of Services:** Client Duties. You are hiring the firm as attorneys to represent Client as its bankruptcy counsel in a chapter 11 bankruptcy reorganization case. The firm's practice is generally limited to bankruptcy, reorganization, and insolvency matters and related commercial litigation. We will keep you informed of the progress of the matters described above and respond to your inquiries. You agree to be truthful with us, to cooperate, to keep us informed of any developments, to abide by this agreement, to pay our bills, and to keep us advised of your current address and telephone number. The services that the firm will provide to you are organized into two categories as set forth below: Pre-Petition Services, and Post-Petition Services. Additionally, we request that by executing the enclosed copy of this agreement, you empower our firm to take all steps in your case deemed by us to be advisable, including any steps needed to effect any compromise which may be in the best interests of the estate and to institute such legal proceedings as may be in your best interests

**Pre-Petition Services:**

1. Meet with you to review your debts, assets, liabilities, income and expenses.
2. Counsel you regarding the advisability of filing the advisability of filing either a Chapter 7, Chapter 11, or Chapter 13.

1

Hunter Parker LLC
Andrew J. Van Ness, Esq.
3815 S Jones Blvd, STE 1A
Las Vegas, NV 89103
Telephone: 702-686-9297
hunterparkerllc@gmail.com

3. Develop a general strategy to achieve a successful reorganization in your chapter 11 case.

4. Explain the nature of the payment process for payments that will be made according to your chapter 11 plan, with particular attention to mortgage and vehicle loan payments. Explain to you how, when, and where to make the Chapter 11 plan payments. Explain to you how, when, and where to make the chapter 11 plan payments.

5. Explain to you how the attorney's fees and Trustee fees are paid.

6. Explain to you that the confirmation of a chapter 11 plan is uncertain and requires at least some level of cooperation from a creditor or creditors.

7. Advise you of the requirement to attend the 341 meeting of the creditors and the general nature of this meeting.

8. Advise you of the necessity of maintaining liability, collision and comprehensive insurance on vehicles securing loans and leases.

9. Create and review the rough draft of a chapter 11 plan with you.

10. Assist you in the reorganization of a profit and loss statement.

11. Timely prepare your petition, schedules, statement of financial affairs, list of equity security holders, list of 20 largest creditors, statement of corporate ownership, income and expense sheet, verification of master address list, disclosure of compensation, matrix of creditors.

12. Timely serve your petition, statements, and schedules on the U.S. Trustee.

13. Order appraisals for property being valued.

14. Prepare First day Motions, Disclosure Statement and Plan for filing upon the filing of the case.

**Post-Petition Services**

1. Prepare and file a final version of your plan and disclosure statement.

2. Draft any necessary amendments to your petition, plan, disclosure statement, statements, and schedules on the U.S. Trustee.

3. Assist you in understanding request for additional documents from the U.S. Trustee.

4. Appear at the Initial Debtor(s) Interview with you and at the 341 Meeting of the Creditors.

5. Respond to Objections to Plan Confirmation.

6. Prepare, file and serve necessary motions to buy, sell, or refinance property when appropriate.

7. Object to improper or invalid claims, if necessary, based upon documentation provided by you.

8. Represent you in motions for relief from stay, if necessary.

Hunter Parker LLC
Andrew J. Van Ness, Esq.
3815 S Jones Blvd, STE 1A
Las Vegas, NV 89103
Telephone: 702-686-9297
hunterparkerllc@gmail.com

9. Where appropriate, prepare, file, and serve necessary motions to avoid liens on real and personal property and to value the collateral of secured creditors, motions to use cash collateral, and motions to employ professionals.

10. Prepare a motion to confirm your chapter 11 case plan if appropriate and attend the corresponding hearing.

11. Other services necessary to further your chapter 11 case, as determined appropriate by the firm.

12. Filing a Final Decree and Closing the Bankruptcy Case within 180 days of confirmation.

2. **Retainer.** In order for us to commence our representation, the firm requires the deposit of a retainer in the amount of [$21,717.00] as a flat fee pre-petition retainer, which $1,717.00 will be used to pay the filing fee. This retainer will be deposited in our attorney trust account but we are authorized to draw upon it, up to its full amount, as and when we deem appropriate. Any unused portion of the retainer at the conclusion of our representation will be refunded to you or the party who advanced it.

3. **Legal fees and Billing Practices.** We will charge you for all activities undertaken in providing legal services to you under this Agreement, including but not limited to the following: conferences, including preparation and participation; preparation and review of correspondence and other documents; legal research and analysis; court and other appearances, including preparation, participation and waiting time; and telephone calls, including calls with you, other attorneys or persons involved with this matter, governmental agencies and any other party or person contact with whom is required for this representation. The legal personnel assigned to this matter may confer among themselves about the matter, as required. When they do confer, each will charge for the time expended. If more than one of our legal personnel attends a meeting, court hearing or other proceeding, each will charge for the time spent only if it is necessary in our judgment to have two or more legal personnel at the meeting, hearing or proceeding. We will reluctantly charge for waiting and travel time, both local and out of town. We reserve the right to make upward or downward adjustments to these hourly determinations as may be appropriate given the circumstances. From time to time these rates will change, reflecting trends in the costs of providing legal services or the advancing status of the attorney within the firm. The minimum billing unit for our legal personnel is one-tenth of an hour, and services will be recorded and billed in one-tenth of an hour increments.

Currently, our hourly rates range from $100.00 for preparation of mailings for legal services, $225.00 for paralegals and legal assistant, and $350.00 for attorney time. These

3

Hunter Parker LLC
Andrew J. Van Ness, Esq.
3815 S Jones Blvd, STE 1A
Las Vegas, NV 89103
Telephone: 702-686-9297
hunterparkerllc@gmail.com

rates apply in the event that this matter is based upon an hourly retainer agreement. If the firm is retained on a fixed fee basis and then the client no longer wishes to be represented by the firm, the client will be billed hourly for all work that has been done.

Client agrees to pay a fixed fee of $20,000.00 for Attorney's Pre-Petition Services under this Agreement. The fixed fee is due upon signing this agreement. Attorney shall have no obligations to provide services to client until the fixed fee is paid in full. Unless Attorney withdraws before the completion of the services or otherwise fails to perform services contemplated under this Agreement, the fixed fee will be earned in full and no portion of it will be refunded once any material services have been performed. The filing fee will be taken out of the retainer in the amount of $1,717.00.

For Post-Petition Services under this Agreement, Client agrees to pay the firm on an **Hourly** basis. However, the maximum amount the client will pay post-petition will be no more than $15,000.00. It is expected that, client will be retaining separate counsel for an Adversary Proceeding and Hunter Parker LLC will not be engaged in any Adversary Proceeding matters.

You agree to pay under an *Hourly Fee Agreement* as described above for all post-petition work plus reimbursement of necessary out-of-pocket expenses, such as photocopy costs, court filing fees, appraisals, process server fees, telephone charges, mail charges, for computerized legal research, telecopying and overnight courier services. This amount can be drawn upon following approval by the court of an interim or final fee application. Application for approval of fees and costs will need to be made to the Bankruptcy Court periodically, and we will also need to disclose our fee agreement to the Bankruptcy Court by the filing of a Disclosure Statement of Compensation under Federal Rule of Bankruptcy Procedure 2016(b). It is anticipated that we will spend about $500.00 in postage and mailing expenses.

Our charges are not contingent upon the successful conclusion, but are charged without regard to the outcome. Accordingly, we will look solely to you for payment, and our charges will not be dependent or contingent upon payment by any other party.

4. **Discharge and Withdrawal.** You, or Andrew J. Van Ness, Esq. may, of course, terminate the employment of the organization at any time. Upon such termination, the firm will charge against and pay from the post petition deposits its unpaid fees and expenses and refund the remainder of the retainer, if any, to you. Additionally, we reserve the right to withdraw from the representation of a client where our fees and expenses are

4

Hunter Parker LLC
Andrew J. Van Ness, Esq.
3815 S Jones Blvd, STE 1A
Las Vegas, NV 89103
Telephone: 702-686-9297
hunterparkerllc@gmail.com

not paid in the normal course, which are subject to Court approval. We generally do not prepare a periodic statement of account, only monthly accounts. If you ever have any questions whatsoever regarding any aspect of your monthly bill, please call.

When our services conclude, all unpaid charges will immediately become due and payable after court approval. After our services conclude, we will, upon written request, deliver your file to you along with any funds or property of yours in our possession. The work product produced in the course of our representation will remain our property.

5. **Disclaimer and Guarantee.** Nothing in this agreement should be construed as a promise or guarantee about the outcome of any matter which we are handling on your behalf. Our comments about the outcome of matters pertaining to you are expressions of opinion only.

6. **Future Conflict.** Our undertaking to represent you in the above matters will not act as a bar so as to prevent us from representing any existing or future clients so long as the representation is not adverse to you.

7. **Duties Upon Termination of Active Participation.** Upon cessation of our active involvement in a particular matter of this matter in which we have been engaged, we will have no further duty to inform you of future developments, deadlines or changes in the law as may be relevant to such matter in which our representation has ceased. Furthermore, upon dismissal, conversion or confirmation of your case, if confirmed, our representation is concluded and we shall have no further obligation to you on any matters that may arise after dismissal or confirmation of your case. Any matters that may arise after dismissal, conversion or confirmation will require a new retainer and fee agreement.

8. **Legal Fees.** If any legal action, arbitration or proceeding is initiated concerning the terms and provisions of this agreement, the prevailing party shall be entitled to reasonable attorneys fees and other costs incurred in such action, arbitration or proceeding. It is agreed and understood that any such legal action, arbitration or proceeding shall be brought in Nevada, whose laws and regulations shall apply.

9. **Entire Agreement.** This letter contains all the terms of the entire agreement between us applicable to our representation of you and may not be modified except by a written agreement signed by both of us. There are no promises, terms, conditions or obligations applicable to our representation hereunder, except as expressly set forth in this

5

Hunter Parker LLC
Andrew J. Van Ness, Esq.
3815 S Jones Blvd, STE 1A
Las Vegas, NV 89103
Telephone: 702-686-9297
hunterparkerllc@gmail.com

Agreement, and the terms hereof supersede any previous oral or written agreements between us with respect to our representation in the matters covered by this Agreement.

10. **Authority of Signature.** The person or persons signing this Agreement represent that he, she or they have the authority to so act.

11. **Effective Date.** Please confirm that this letter accurately reflects our agreement, and that you understand and waive any potential conflicts of interest, by signing the duplicate copy of this agreement and returning it to us along with your retainer amount stated above. The representation covered by this Agreement commences only upon receipt by this office of such items.

It is important for you to realize that the undersigned and his firm represent the interests of the bankruptcy estate of HCB Enterprises LLC.


/s/ Andrew J. Van Ness
Andrew J. Van Ness, Esq.

Dated: July 19, 2018



CONTENTS OF THIS RETAINER
READ, ACCEPTED AND
ACKNOWLEDGED BY:


HCB Enterprises LLC
By: Shaun Martin
Its Managing Member

6

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY under penalty of perjury that true and correct copies of the following were delivered via CM/ECF System and by US Mail *First Class Postage Prepaid* at Las Vegas, Nevada on September 17, 2018, and properly addressed to the following:

**CM/ECF:**

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**US FIRST CLASS MAIL:**

Auto Body Specialist, LLC
1940 Losee Rd, #150
North Las Vegas, NV 89030

Carrie Flodter
2399 Three Bar Lane
Norco, CA 92860

City of Garland Revenue Recovery Dept.
P.O. Box 462010
Garland, TX 75046-2010

Clark County Assessor
c/o Bankruptcy Clerk
POB 551401
Las Vegas, NV 89155

Condon Thornton Sladek PLLC
Attn: David N. Condon, Esq.
c/o 4400 Bass Pro Drive LLC
8080 Park Lane, Suite 700
Dallas, TX 75231

Dickey's Barbecue Restaurants, Inc.
801 E Plano Parkway #135
Plano, TX 75074

Garland Power & Light
Acct No 496010-138858
217 N. Fifth Street
Garland, TX 75040

1

2

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101

3

4

5

Lincoln Equities Group LLC
Attn: Berry Mezei
301 Rt 17 North, 17th Floor
Rutherford, NJ 07070

6

7

8

Linque Management Co. Inc
One Meadows Plaza, Suite 803
Attn: Sol Berger
East Rutherford, NJ 07073

9

10

Mood Media Corporation
2100 S. IH 35, Suite 200
Austin, TX 78704

11

12

13

North Star Leasing Company
747 Pine Street, Suite 201
Burlington, VT 05401

14

15

16

North State Bank
Acct No 2013382
Attn: An Officer
6204 Falls of Neuse Road
Raleigh, NC 27609

17

18

19

Richardson Koudelka
Two Turtle Creek
3838 Oak Lawn, Suite 450
Dallas, TX 75219

20

21

RYO of Nevada Association Inc
4295 S Fort Apache, Suite 130
Las Vegas, NV 89147

22

24

24

Sage Crossroads LLC
5177 Richmond Ave., Suite 1166
Houston, TX 77056

25

26

SBA - Standard 7a Loan Guaranty
Processing Center LGPC - CA
6501 Sylvan Road, Suite 122
Citrus Heights, CA 95610

27

28

Shaun Martin
4295 S Fort Apache #130

Las Vegas, NV 89147

Small Business Administration
Region IX
330 N. Brand Blvd, STE 1200
Glendale, CA 91203

Small Business Administration
4300 Amon Carter Blvd. Suite 114
Fort Worth, TX 76155

State Comptroller of Public Accounts
Revenue Accounting Division - BK section
PO Box 13528
Austin, TX 78711

State of NV Dept of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

State of NV, Dept of Employment
500 E. Third Street
Carson City, NV 89713

Stearns Bank N.A.
4191 2nd Street South
Attn: An Officer
Saint Cloud, MN 56301

Sysco North Texas
Acct No 970939
800 Trinity Drive
Lewisville, TX 75056

Texas Workforce Commission
Regulatory Integrity Division - SAU
Rm#556
101 E. 15th Street
Austin, TX 78778

The Coca-Cola Company
Acct No 601824641
PO Box 1578
Atlanta, GA 30301

U.S. Attorney
Attn: Civil Process Clerk - SBA

501 Las Vegas Blvd. South, STE 1100
Las Vegas, NV 89101

U.S. Small Business Administration
409 3rd St., SW
Washington, DC 20416

/s/ Christopher Craig
Christopher Craig, EA, LLM, CIRA
Paralegal